# United State District Courts
# Northern District of Texas
# Dallas Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 22 2023
CLERK, U.S. DISTRICT COURT
By_____MS_____
Deputy

Ezekiel I. Taylor )
    Plaintiff (pro se) )
v. )   case # __3-23CV0414-S__
)
Securus Technologies )
Dallas County Sheriffs Office )
    Defendants )

## IV.

Accordingly, there is no reason in law for the _____ to retain custody of the property seized from Defendant, and Defendant is entitled to the property's return.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant this motion in full, and order the immediate return of the property listed above, which was seized from the Defendant on _____, 20___, to Defendant.

Respectfully submitted,

*Ezekiel T Taylor*
DEFENDANT    PRO SE

RECEIVED
FEB 23 2023
MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Court
Northern District of Texas
Dallas Division
1100 Commerce Street #1452
75242

Re: Notice of Complaint
    Complaint

Dear Clerk,

My name is Ezekiel I. Taylor #22049385. I recently filed multiple complaints in this District Court and have yet to recieve a response or a case #. I believe for the reason previously stated that my mail is being mishandled.

Therefore in the event that the previous complaints were not recieved I am filing new complaint against Irving Auto Pound et al, and 2 Notices of Complaint against Walmart et al and Securus Technologies.

Please provide me with a case # and any Notice to Pro Se litigants in these cases at your earliest convenience.

Respectfully

ET

Ezekiel I. Taylor #22049385
Dallas County Jail
P.O. Box 660334
Dallas, Texas 75266

US POSTAGE PITNEY BOWES
ZIP 75202 $ 001.50⁰
02 4W
0000384306 FEB 16 2023

RECEIVED 5
FEB 2 2 2023
MAILROOM

U.S. District Court
1100 Commerce Street # 1452
Dallas, Texas 75242

2/15/2023
via
Odhera