# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| EZEKIEL I. TAYLOR, SR. § <br> No. 22049385 § <br> § <br> v. § <br> § <br> SECURUS TECHNOLOGIES and § <br> DALLAS COUNTY SHERIFF'S OFFICE § | CIVIL ACTION NO. 3:23-CV-414-S-BN |

### ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The Court **ACCEPTS IN PART** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court finds that Plaintiff's Complaint fails to provide sufficient allegations to support his constitutional claim and, therefore, Plaintiff's complaint should be dismissed. However, as Plaintiff has requested leave to amend his complaint since the Magistrate Judge issued his recommendations [ECF No. 5], the Court will allow the amendment and this dismissal shall not count as a strike under 28 U.S.C. § 1915(g).

Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b). **IT IS FURTHER ORDERED** that Plaintiff's request for leave to amend is **GRANTED**. Plaintiff shall file an

amended complaint on or before July 21, 2023, or the Court will enter a judgment dismissing Plaintiff's Complaint with prejudice.

**SO ORDERED.**

SIGNED June 21, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

2